No. 12–6483.   IN RE SMITH, *ante*, p. 1047.   Motion for leave to file petition for rehearing denied.

No. 12–7464.   BROWN *v.* UNITED STATES, *ante*, p. 1115; and

No. 12–7487.   PELULLO *v.* UNITED STATES, *ante*, p. 1138.   Petitions for rehearing denied.   JUSTICE KAGAN took no part in the consideration or decision of these petitions.

MARCH 22, 2013

No. 12–416.   FEDERAL TRADE COMMISSION *v.* ACTAVIS, INC., ET AL.   C. A. 11th Cir.   [Certiorari granted *sub nom. Federal Trade Commission* v. *Watson Pharmaceuticals, Inc., et al., ante,* p. 1066.]   Motion of the Solicitor General to unseal volume II of the joint appendix granted.   JUSTICE ALITO took no part in the consideration or decision of this motion.

MARCH 25, 2013

No. 11–708.   GANGHUA LIU *v.* PEARSON EDUCATION, INC., ET AL.   C. A. 2d Cir.; and

No. 11–1343.   KUMAR ET AL. *v.* PEARSON EDUCATION, INC., ET AL.   C. A. 2d Cir.   Reported below: 452 Fed. Appx. 11.   Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Kirtsaeng* v. *John Wiley & Sons, Inc., ante,* p. 519.   JUSTICE BREYER took no part in the consideration or decision of these petitions.

No. 12–8267.   JAMES-BEY *v.* NORTH CAROLINA ET AL.   C. A. 4th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.   See this Court's Rule 39.8.

No. 12–8286.   DAVIS *v.* HUDSON REFINERY ET AL.   C. A. 10th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.   See this Court's Rule 39.8.